**No. 59650.**—B. Shackman & Co. and S. Stern Henry & Co. *v.* United States, protest 232724–K (New York).

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the merchandise consists of metal rings, on the top of which is inserted a direction finder, the same in all material respects as those the subject of Abstract 58039, the claim of the plaintiffs was sustained.

**No. 59651.**—Inter-Continental Trading Corporation et al. *v.* United States, protests 240684–K, etc. (New York).

Opinion by MOLLISON, J.  It was stipulated that the merchandise consists of typewriters and their cases, of which the typewriters were admitted free of duty under paragraph 1791, and that these typewriters and their cases are entireties similar in all material respects to typewriters and their cases that are now being admitted free of duty as entireties.  On the record presented, the claim of the plaintiffs was sustained.

**No. 59652.**—Consumers Import Co., Inc. *v.* United States, protest 176517–K (New York).

Opinion by MOLLISON, J.  In accordance with stipulation of counsel that the merchandise consists of camphor oil the same in all material respects as that the subject of *Orbis Products Corp.* v. *United States* (30 Cust. Ct. 244, C. D. 1527), the claim of the plaintiff was sustained.

**No. 59653.**—S. B. Penick & Co. *v.* United States, protests 229175–K, etc. (New York).

Opinion by MOLLISON, J.  In accordance with stipulation of counsel that the merchandise consists of camphor oil the same in all material respects as that the subject of *Orbis Products Corp.* v. *United States* (30 Cust. Ct. 244, C. D. 1527), the claim of the plaintiff was sustained.

**No. 59654.**—Concentrate Manufacturing Corp. and W. R. Keating & Co., Inc., et al. *v.* United States, protests 138799–K, etc. (New York).

.